[Decided April 19, 1893.]

## HENDY MACHINE WORKS v. PORTLAND SAVINGS BANK.

[ S. C. 32 Pac. Rep. 1036.]

APPEAL—ANSWER—CODE, § 536.—An appeal may be taken from a decree rendered against a defendant standing on his demurrer and refusing to answer or plead further after it is overruled, at any time within six months from the date thereof. *Kearns* v. *Follansby,* 15 Or. 596, approved and followed.

Multnomah County: LOYAL B. STEARNS, Judge.

This is a motion to dismiss an appeal from a decree entered in favor of plaintiff on a demurrer to the complaint.

*Thomas N. Strong,* for Appellant.

*Milton W. Smith (Walter S. Perry* of counsel), for Respondent.

PER CURIAM.—Where a demurrer to a complaint is overruled, and the defendant, standing on his demurrer,

refuses to answer or plead further, and a decree is entered against him at a subsequent day of the term, an appeal may be taken from such decree at any time within six months after its rendition:   *Kearns* v. *Follansby,* 15 Or. 596 (16 Pac. Rep. 478).

Motion OVERRULED.